## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 JUN 21  AM 11: 17

DEPUTY

UNITED STATES OF AMERICA,

                  Plaintiff,

      vs.

ALMA HERNANDEZ-GOMEZ (2),

                  Defendant.

CASE NO. 13CR1664-H

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21:952 and 960; 18:2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 20, 2013

William V. Gallo
U.S. Magistrate Judge